**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TELVON TAYLOR, | Case No.: 2:25-cv-02605-APG-MDC |
| Plaintiff | **Order** |
| v. | |
| WESTLAND REAL ESTATE GROUP, LLC and HACIENDA HILLS APARTMENT, | |
| Defendants | |

Mail sent to plaintiff Telvon Taylor has been returned. ECF Nos. 12; 14. Taylor recently filed a motion that includes more information about his proper address. ECF No. 15.

I THEREFORE ORDER the clerk of court to mail this order along with Magistrate Judge Couvillier's order at ECF No. 7 and two blank copies of form USM-285 to plaintiff Telvon Taylor at the following address:

> Telvon Taylor
> 1200 E. Carey Avenue, Building 15, Unit 1513
> North Las Vegas, NV 89030

I FURTHER ORDER the clerk of court to send courtesy copies of this order, Judge Couvillier's order, and the USM-285 form to the plaintiff's email address telvontaylor@gmail.com.

I FURTHER ORDER the clerk of court to update Taylor's mailing address accordingly.

I FURTHER ORDER that the deadline for Taylor to send the completed USM-285 forms to the U.S. Marshals Service is extended to February 6, 2026.

DATED this 23rd day of January, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE