**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TELVON TAYLOR, | Case No.: 2:25-cv-02605-APG-MDC |
| Plaintiff | **Order Granting Motions to Extend Time** |
| v. | [ECF Nos. 21, 22] |
| WESTLAND REAL ESTATE GROUP, LLC, et al., | |
| Defendants | |

I ORDER that defendant Westland Real Estate Group, LLC's motions to extend time **(ECF Nos. 21, 22) are GRANTED**.

DATED this 4th day of February, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE