# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TELVON TAYLOR,<br><br>  Plaintiff<br><br>v.<br><br>WESTLAND REAL ESTATE GROUP, LLC and HACIENDA HILLS APARTMENT,<br><br>  Defendants | Case No.: 2:25-cv-02605-APG-MDC<br><br>**Order (1) Granting Motions to Extend Time, (2) Denying Motions to Dismiss and (3) Setting Deadline to Respond to Motions for Injunctive Relief and to Supplement**<br><br>[ECF Nos. 26, 27, 29, 30, 34] |

I ORDER that the defendants' motions to extend time **(ECF Nos. 26, 27) are GRANTED**.

I FURTHER ORDER that the defendants' motions to dismiss **(ECF Nos. 29, 30, 34) are DENIED.** The defendants claim that the plaintiff has not named the correct legal entities and that the person who was served was not an authorized agent to accept service. But the defendants provide no evidence to support their assertions. Attorney representations are insufficient where the defendants have not identified the correct legal entities to be sued nor presented evidence that the person served was not an authorized agent for the correct legal entities. The defendants therefore have not met their initial burden to show dismissal is appropriate. If the defendants believe they have been incorrectly named, then to conserve both the parties' and the court's resources, I suggest they provide plaintiff Telvon Taylor with the names of the correct entities so that the caption may be amended accordingly, and the defendants can either agree to accept service or Taylor can be given additional time to effectuate service.

/ / / /

/ / / /

I FURTHER ORDER that the defendants' deadline to substantively respond to the plaintiff's motions for injunctive relief and related motions regarding additional evidence (ECF Nos. 9, 15, 24, 32, 33) is March 6, 2026.

I FURTHER ORDER that the plaintiff's deadline to file a reply is March 13, 2026.

DATED this 24th day of February, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

2